UNITED STATES BANKRUPTCY COURT
Southern District of Florida www.flsb.uscourts.gov
**Chapter 13 Plan (Individual Adjustment of Debts)**

[ X ] __3__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ]  ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Coto Gonzalez, Rangel**     JOINT DEBTOR: **,**     CASE NO: **15-13328 AJC**
Last Four Digits of SS# **5406**     Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $2479.86  for months **1** to 10 ;
B. $2467.08  for months 11 to 59;
C. $2502.43  for months 60 to 60;
in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **4,275** TOTAL PAID $ **1,500.00** ($3500 safe harbor + $750 Motion to Value + $25 costs)
                  Balance Due: $ **2,775** payable $ 277.50/ month (Months **1** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase Mtg account # 4651881616420     Arrearage on Petition Date $  5081.82
Po Box 24696                             Arrears Payment $101.00/month (Months 11 to 59  )
Columbus, OH 43224                                       $132.82/month (Months 60 to 60)
Homestead Property located at: 14969 NW     Regular Payment $ 1586.00  /month (Months 1 to 60  )
92 AVE Miami Lakes , FL 33018

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Value | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
| **Financial Pacific Leasing account # 001-0946717-301 3455 South 344th Way # 300 Federal Way, WA 98001** | **Ceramill Motion 2 , Dental Milling Machine** | $18,500.00 | 5.5 % | $353.37 | 1-60 | $21,202.29 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None**                                    Total Due $
                                               Payable $  /month (Months  to  ) Regular Payment $ _____ .

Unsecured Creditors: Pay $ 15 /month (Months 1 to  10 ).
                     Pay $180.00/month (Months 11 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1) Space Coast Credit Union account # 71115521 for 2014 Jeep (Paid Direct Outside Plan)

2) Ally Financial account # 9576, Debtor assumes the Lease for vehicle Dodge Durango 2014

3) The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that

the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Rangel Coto Gonzalez_____     _____
Debtor                                                                                Joint Debtor

Date: August 21, 2015                                                    Date: _____

LF-31 (rev. 01/08/10)