

**ORDERED in the Southern District of Florida on September 23, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION**
www.flsb.uscourts.gov

**In re:**

**RANGEL COTO GONZALEZ**                               Case No. 15-13328-AJC
                                                       Chapter 13

DEBTOR,
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the court upon the Debtor's Objection to Claim of Cavalry Spc 1, LLC, heard on September 21, 2015 at 9:00 a.m. (DE # 56) and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's objection to the following claim is sustained.

*( *Objection to Claim of* Cavalry Spc 1, LLC. [#5] *is sustained) the claim is stricken and disallowed.*

**###**

**Submitted by:**

MENDEZ LAW OFFICES, PLLC
Attorney for Debtor
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).