UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 3rd Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Rangel Coto Gonzalez       JOINT DEBTOR: _____   CASE NO.: 15-13328-AJC

SS#: xxx-xx- 5406       SS#: xxx-xx-_____

**I.    NOTICES**

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,204.49    for months   1   to   37  ;
2. $986.94      for months  38   to   39  ;
3. $962.22      for months  40   to   59  ;
4. $971.88      for months  60   to   60  ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $4950.00 | Total Paid: | $1500.00 | Balance Due: | $3450.00 |
| Payable | $72.30 | /month (Months | 1 | to | 37 ) |
| Payable | $387.50 | /month (Months | 38 | to | 39 ) |

Allowed fees under LR 2016-l(B)(2) are itemized below:
($3500 + $150 costs + $750 Motion to Value + $25 costs + $525 Motion to Modify plus costs)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.    TREATMENT OF SECURED CLAIMS**

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Chase Mortgage

    Address: DEPT OH4-7142    Arrearage/ Payoff on Petition Date    $1,515.10
    3415 VISION DRIVE         Arrears Payment (Cure)    $40.95    /month (Months   1   to   37  )

|  |  |
|---|---|
| COLUMBUS OH 43219 | Regular Payment (Maintain)  $1,071.62  /month (Months  1  to  37 ) |

Last 4 Digits of Account No.:  6420

Other: Debtor surrenders property.  SURRENDER

☒ Real Property          Check one below for Real Property:
  ☒ Principal Residence        ☒ Escrow is included in the regular payments
  ☐ Other Real Property        ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
14969 NW 92 AVE
Miami Lakes, FL 33018

☐ Personal Property/Vehicle

Description of Collateral:

B. **VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☐ NONE

| 1. Creditor: Financial Pacific Leasing<br>Address: 3455<br><br>Last 4 Digits of Account No.:  7301<br>Description of Collateral:<br>Ceramill Motion 2 , Dental Milling Machine<br><br>Check one below:<br>☐ Claim incurred less than one year pre-petition<br>☒ Claim incurred 1 year or more pre-petition | Value of Collateral:  $18,500.00<br>Amount of Creditor's Lien:  $45,000.00<br><br>Interest Rate:  5.50% | **Payment**<br>Total paid in plan:  $21,202.29<br><br>$286.52  /month (Months  1  to  37 )<br>$460.00  /month (Months  38  to  59 )<br>$481.19  /month (Months  60  to  60 ) |

C. **LIEN AVOIDANCE**  ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtors(s) as to these creditors.

☐ Other:

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Chase Mortgage | 6420 | 14969 NW 92 AVE<br>Miami Lakes, FL 33018 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

Debtor(s): Rangel Coto Gonzalez    Case number: 15-13328-AJC

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Space Coast Credit Union | 5521 | 2014 Jeep |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $15.00 /month (Months 1 to 37)

      Pay $40.75 /month (Months 38 to 39)

      Pay $406.00 /month (Months 40 to 59)

      Pay $393.50 /month (Months 60 to 60)

      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☐ NONE

   ■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | Ally Financial | 2014 Dodge Durango | 9576 | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

   ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Rangel Coto Gonzalez        Case number: 15-13328-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Rangel Coto Gonzalez | Debtor | 5/23/2018 | | Joint Debtor | |
|---|---|---|---|---|---|
| Rangel Coto Gonzalez | | Date | | | Date |

| Diego G Mendez | 5/23/2018 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**